UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

---

In re:  
KHAN, ZEESHAN H.

Case No. 10-51118 AHWS

(CHAPTER 7)

Debtor(s).

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

✓ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

___ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 6/27/11

_____  
ROBERTA NAPOLITANO, Trustee  
350 FAIRFIELD AVENUE  
BRIDGEPORT, CT 06604  
(203) 333-1177

# EXHIBIT A

Case Name: KHAN, ZEESHAN H.
Case Number: 10-51118

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| American Express Centurion Bank c/o Becket and Lee LLP, POB 3001 Malvern, PA 19355-0701 | 5 | $95.00 | $1.20 | 0 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 1.20 | $ 0 |